BOWLEE REALTY CORPORATION, Appellant, *v.* JASON METH, Respondent.

(Argued October 20, 1930; decided November 18, 1930.)

*Benjamin Cohen* and *Charles Schneikraut* for appellant.

*Milton Pinkus* and *Thomas J. Cuff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.